# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:11CR91-7 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| ISAAC COLEMAN, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A violation report was filed in this case on June 13, 2017. The Court referred this matter to Magistrate Judge David A. Ruiz to conduct appropriate proceedings and to file a report and recommendation. The magistrate judge reported that a supervised release violation hearing was held on January 11, 2018, wherein the defendant admitted to violation no. 3: Failure to Submit Monthly Supervision Reports. The defendant denied violation no. 1: Assaultive Criminal Conduct; and violation no. 2: Failure to Notify Regarding Change of Address. The Court then proceeded with the violation hearing regarding those alleged violations.

The magistrate judge filed a report and recommendation on January 29, 2018, in which the magistrate judge recommended that the Court find that the defendant has violated the conditions of his supervised release as to all three violations.

A final supervised release violation hearing was conducted on March 9, 2018. Defendant Isaac Coleman was present and represented by Attorney Jacqueline Johnson. The United States was represented by Assistant United States Attorney Chelsea Rice.

United States Probation Officer Robert Capuano was also present.

The defendant filed objections to two of the violation findings in the report and recommendation of the magistrate judge. Upon review of the transcript of proceedings from the supervised release violation hearing, the defendant's objections to the magistrate judge's report and recommendation, and the government's response to the defendant's objections, the Court overrules the defendant's objections and adopts the report and recommendation of the magistrate judge. For the reasons set forth on the record, the Court finds by a preponderance of the evidence that the defendant has violated the terms and conditions of his supervised release as to all violations (Violation Nos. 1, 2 and 3).

IT IS ORDERED that the defendant's term of supervised release shall continue, with the same terms and conditions of supervised release as previously ordered, and the following additional conditions:

1) You must participate in a cognitive-behavioral treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).

2) You must not use or possess alcohol.

3) You must attend an anger management counseling program as directed by your probation officer.

**IT IS SO ORDERED**.

Dated: March 9, 2018

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**