# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:11CR91-07 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| ISAAC COLEMAN, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A violation report was filed in this case on July 10, 2018. The Court referred this matter to Magistrate Judge David A. Ruiz to conduct appropriate proceedings and to file a report and recommendation. The magistrate judge reported that a supervised release violation hearing was held on July 27, 2018. The defendant admitted to the following violations:

1. Illicit Substance Use;
2. Possession of Controlled Substances;
3. Possession of Drug Paraphernalia.

The magistrate judge filed a report and recommendation on July 27, 2018, in which the magistrate judge recommended that the Court find that the defendant has violated the conditions of his supervision.

A final supervised release violation hearing was conducted on August 14, 2018. Defendant Isaac Coleman was present and represented by Attorney Jacqueline Johnson. The United States was represented by Assistant United States Attorney Vasile Katsaros.

United States Probation Officer Robert Capuano was also present at the hearing.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of his terms and conditions of his supervised release.

IT IS ORDERED that the defendant's term of supervised release is revoked and the defendant is sentenced to the custody of the Bureau of Prisons for a period of twenty-one (21) months.

No term of supervised release shall follow.

The defendant is remanded to the custody of the United States Marshal.

**IT IS SO ORDERED**.

Dated: August 14, 2018

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**